IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADFORD E. WILSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 11-7844 |

O R D E R

AND NOW, this 14 day of March, 2012, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. This action is **DISMISSED AS FRIVOLOUS** pursuant to 28 U.S.C. § 1915(e).

BY THE COURT:

_____
THOMAS N. O'NEILL, JR., J.

FILED
MAR 14 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk